NUMBER 13-02-245-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

_______________________________________________________________


LAVACA BAY AUTOWORLD, L.L.C. , Appellant,



v.




MARSHALL PONTIAC BUICK OLDSMOBILE, INC. , Appellee.

_______________________________________________________________


On appeal from the 267th District Court

of Calhoun County, Texas.

_______________________________________________________________



MEMORANDUM OPINION

 

Before Justices Yañez, Castillo, and Garza

Opinion Per Curiam



 Appellant, LAVACA BAY AUTOWORLD, L.L.C. , perfected an appeal from a judgment entered by the
267th District Court of Calhoun County, Texas, in cause number 2001-4-13961 . After this Court had
rendered its decision in this case, the parties filed a joint motion to dismiss the appeal. In the motion, the
parties state that the controversies existing between the parties have been fully resolved and compromised. 
The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the
opinion that the motion should be granted. This Court's judgment issued on April 3, 2003, is hereby
withdrawn; however, we decline to withdraw the opinion issued by this Court on April 3, 2003. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 12th day of June, 2003 .